for lack of jurisdiction as sounding in tort. Pereira appealed.

We agree with the United States that summary affirmance is warranted. Summary affirmance of a case "is appropriate, *inter alia,* when the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists." *Joshua v. United States,* 17 F.3d 378, 380 (Fed.Cir. 1994). The Court of Federal Claims correctly determined that Pereira did not identify a claim based upon a money-mandating statute, regulation, or constitutional provision and correctly determined that it does not have jurisdiction over tort claims.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for summary affirmance is granted.

(2) All sides shall bear their own costs.

Martin F. Hockey Jr., Department of Justice, Washington, DC, for Respondent–Appellee.

Mark R. Lippman, The Veterans Law Group, La Jolla, CA, for Claimant–Appellant.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Reuben J. LYCANS, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7065.

United States Court of Appeals, Federal Circuit.

June 4, 2009.

**Pedro P. DEL ROSARIO, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7058.

United States Court of Appeals, Federal Circuit.

June 4, 2009.

426

Reuben J. Lycans, Louisa, KY, for Claimant–Appellant.

Jeffrey D. Klingman, Department of Justice, David J. Barrans, Amanda R. Blackmon, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**George R. JONES, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7052.**

United States Court of Appeals, Federal Circuit.

June 4, 2009.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**AVID IDENTIFICATION SYSTEMS, INC., Plaintiff–Appellant,**

v.

**The CRYSTAL IMPORT CORPORATION and Datamars SA, Defendants–Appellees,**

**and**

**Datamars, Inc., Defendant.**

Nos. 2009–1216, 2009–1254.

United States Court of Appeals, Federal Circuit.

June 4, 2009.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is